UNITED STATES of America, Plaintiff–Appellee

v.

Emilio MIRANDA RAMIREZ, also known as Miranda Emilio Ramirez, also known as Emilio Ramirez Miranda, also known as Emilio Miranda–Ramirez, Defendant–Appellant.

No. 09–20790

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 26, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Kimberly S. Keller, Keller Law Firm, San Antonio, TX, for Defendant–Appellant.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Emilio Miranda Ramirez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Miranda Ramirez has filed a response. Our independent review of counsel's brief, Miranda Ramirez's response, and the record discloses no nonfrivolous

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.